26 F.3d 122
 Mac Neill (Albert W.), Inmate, Southern State Corr.
Facility, Melvin (Raymond L.), Inmate, Gray
(Joseph), Inmate, Blaine (Robert),
Inmate, Gonzales (David), Inmate
v.
Edmiston (Robert D.), Administrator, Southern State
Correctional Facility, Desanto (Joseph), Assistant
Superintendent, Markward (Elizabeth), Senior Investigator
Internal Affairs, Knight (J. Russell), Disciplinary Hearing
Officer, New Jersey Department of Corrections
 NO. 93-5750
 United States Court of Appeals,
Third Circuit.
 Apr 26, 1994
 
 Appeal From: D.N.J.,
 Simandle, J.
 
 
 1
 AFFIRMED.